# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| | ) | 1:21-mj-00713 |
| Hulbert Monday, | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___May 26th, 2021___ in the county of ___Marion___ in the ___Southern___ District of ___Indiana___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | Distribution of 50 grams or more of Methamphetamine. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
/s/ Craig Frothingham
_Complainant's signature_

SA Craig Frothingham, DEA
_Printed name and title_

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___telephone___ _(reliable electronic means)_

Date: ___July 31, 2021___

City and state: ___Indianapolis, Indiana___

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Craig Frothingham, being duly sworn under oath, state as follows:

### Affiant Background and Purpose of Affidavit

1.      I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request an arrest warrant. I am qualified as a federal officer as defined in Title 18, United States Code, Section 2510(7).  I am currently assigned to the DEA Indianapolis District Office, Indianapolis, Indiana, and have been so assigned since December of 2012.  Prior to that I was assigned to the DEA Detroit Division Office since June of 2006.

2.      In connection with my official DEA duties, I investigate criminal violations of state and federal controlled substance laws, including, but not limited to, Title 21, United States Code, Sections 841, 843, 846 and 848, as well as Sections 952, 960 and 963. I have received special training in the enforcement of laws concerning controlled substances as found in Title 21 of the United States Code. I have been involved in various types of electronic surveillance and in the debriefing of defendants, witnesses and informants, as well as others who have knowledge of the distribution and transportation of controlled substances, and the laundering and concealing of proceeds from drug trafficking, in violation of Title 18, United States Code Sections 1956 and 1957. I have received training in investigations involving the interception of wire and electronic communications. I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing controlled substances and their use of telephones and code language to conduct their transactions.

3.     This affidavit is submitted in support of a criminal complaint charging Hulbert MONDAY with distributing fifty (50) grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841 (b)(1)(A)(viii).

4.     The statements contained in this Affidavit are based in part on my direct involvement in this investigation; on my experience and background as a Special Agent with the DEA; on information provided by and conversations held with other law enforcement officers, including Special Agents/Task Force Officers of the DEA, officers of the Indianapolis Metropolitan Police Department (IMPD), other law enforcement officers, and others described below; and on a review of reports and database records. I have not included each and every fact that has been revealed through the course of this investigation. I have set forth only the facts that are sufficient to establish probable cause for the issuance of the Complaint and associated arrest warrant.

### Facts and Circumstances

5.     Hulbert MONDAY is a male, born on xx/xx/1980, who was last known to reside at the Budget Inn, 6850 East 21st, Indianapolis, Indiana, though his current residence is unknown.

6.     In May of 2021, at the direction and control of law enforcement, a confidential source, placed/received a series of recorded calls/text messages to Individual 1. Individual 1 agreed to sell the CS four ounces of methamphetamine for $1700.00 and agreed to meet the CS at Individual 1's address.  During these conversations, Individual 1 explained that she had a "guy" (later identified as Individual 2) who had multiple pounds of methamphetamine for sale.  Individual 1 and the CS agreed that the CS would pay $1500.00 for the four ounces and Individual 1 would receive $200.00 for his/her services.

7.      On May 26, 2021, law enforcement met with the CS at a neutral location.  Law enforcement searched the CS' vehicle and CS' person for contraband.  Both searches were met with negative results.  Law enforcement provided the CS with $1200.00 of DEA Official Advanced Funds (OAF).  In addition, the CS was provided with $500.00 of Bloomington Police Department OAF.  Law enforcement equipped the CS with an audio/video recording device.  The CS departed the neutral location and was followed law enforcement to Individual 1 address.  Shortly after the arrival of the CS at Individual 1's address, law enforcement observed Individual 1 exit his/her residence and enter the front passenger seat of the CS' vehicle.  Law enforcement followed the CS and Individual 1 to the alley in the 1400 block of N. LaSalle, Indianapolis, Indiana which is located in Southern District of Indiana.  Law enforcement observed a male walk up to the CS' vehicle and depart toward an address a few minutes after approaching the CS' vehicle.

8.      Law enforcement followed the CS' vehicle back to Individual 1's address and observed Individual 1 exit the CS' vehicle.  Law enforcement followed the CS back to the neutral location.  Law enforcement recovered the methamphetamine, which was contained in clear plastic bags in the CS's vehicle. At the neutral location, law enforcement conducted a debriefing with the CS.  The CS stated while he/she was waiting in the alley of N. LaSalle, an older white male later identified as Individual 2 approached the vehicle.   The CS and Individual 1 asked Individual 2 if he could bring out some of the methamphetamine.  After a few moments, another individual arrived at the vehicle (later identified as Hulbert MONDAY).  The CS stated that MONDAY got into the back of the CS' vehicle and handed the CS the bag of methamphetamine.  The CS provided MONDAY with $1500.00 OAF and Individual 1 with the $200.00 OAF for the methamphetamine while at the residence.  The CS indicated that Individual 1 did not realize that MONDAY was going to be the actual source of supply for the methamphetamine. The CS and CS'

vehicle were searched by law enforcement with negative results. Law enforcement reviewed the video that was captured during the controlled purchase. Law enforcement heard Individual 1 call another individual who approached the vehicle by the name of "BJ," (MONDAY). Law enforcement obtained a photograph of MONDAY and was able to identify the subject in the video referred to as "BJ" as MONDAY. Law enforcement watched MONDAY give the CS a bag of methamphetamine and the CS provide the OAF to MONDAY.

9.     The methamphetamine was tested at the DEA laboratory in Chicago, Illinois. The substance was found weigh 111.8 grams with a purity of 94% with a net pure weight of 105 grams.

### Conclusion and Request

10.    Based upon my training and experience and the facts set forth herein, I respectfully submit that there is probable cause to believe that, on or about May 26, 2021, within the Southern District of Indiana, Hulbert MONDAY, committed the offense of distribution of fifty (50) grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii). Accordingly, I request the Court issue a criminal complaint, charging MONDAY with these offenses and issue a warrant for his arrest.

/s/ Craig Frothingham
Craig Frothingham, Special Agent
Drug Enforcement Administration

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Dated: July 31, 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana