UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. 1:21-mj-00713 |
| HULBERT MONDAY, | ) | |
| Defendant. | ) | |

## PENALTY SHEET

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | Distribution of 50 Grams or More of Methamphetamine 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii) | 10 – Life | $10,000,000 | NLT 5 Years |

Dated: _____              _____
                                                                           HULBERT MONDAY
                                                                           Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana