UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:21-mj-0713 |
| | ) | |
| HULBERT MONDAY, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR AUGUST 3, 2021**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for an initial appearance on the Complaint filed on July 31, 2021. Defendant appeared in person and by FCD counsel Dominic Martin. Government represented by AUSA Jayson McGrath. USPO represented by Alison Upchurch.

Defendant orally waived his right to physically appear for his initial appearance in the courtroom and consented to appear via video teleconference from the Marion County Jail.

Financial affidavit approved. Counsel appointed.

Charges, rights and penalties were reviewed and explained. Defendant waived reading of the Complaint.

Government moved for pretrial detention and a hearing was scheduled. Preliminary and detention hearing set for **August 10, 2021 at 2:00 p.m. in courtroom 272** before the criminal duty magistrate judge.

Defendant remanded to the custody of the U.S. Marshal pending further proceedings before the court.

Dated: 3 AUG 2021

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system