# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Hulbert Monday,<br>*Defendant* | ) ) ) ) ) ) ) | Case No.  1:21-mj-00713 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Hulbert Monday ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Distribution of 50 grams or more of Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

Date: July 31, 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

City and state:     Indianapolis, Indiana

---

| Return |
|---|
| This warrant was received on *(date)* 7/31/21 , and the person was arrested on *(date)* 7/31/21<br>at *(city and state)*     Indianapolis, In      . |
| Date: 8/3/21<br><br>*Arresting officer's signature*<br><br>SA C. Frothingham<br>*Printed name and title* |